■ In the Matter of Thomas W. Ryan et al., Respondents, v. Robert W. Grimm, Individually and as Chairman of the Republican County Committee of Erie County, et al., Appellants, and James R. Lawley et al., Constituting the Board of Elections of Erie County, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Memorandum: We do not reach or pass upon the question as to whether an appeal to the Court of Appeals from our order of December 3, 1964 may be taken as a matter of right. If permission is required, the motion of respondents-appellants for leave to appeal is denied. Order of Erie Special Term granted December 22, 1964 modified in accordance with the memorandum. Memorandum: In the exercise of a proper discretion the order granted December 22, 1964, should be modified to provide that the stay therein contained be continued upon condition that respondents-appellants shall forthwith make application to the Court of Appeals returnable at the term of that court presently in session for permission to appeal thereto; upon filing proof with this court on or before January 11, 1965 that such application has not been made the application of petitioners-respondents to vacate the stay will be reconsidered by this court. (Decision filed and orders entered thereon on January 5, 1965.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ Flora L. Gardner, Appellant, v. Strong Memorial Hospital, Respondent.— Motion to prosecute appeal on typewritten papers and one copy of transcript and typewritten briefs denied without prejudice to renew the entire motion before the trial court. (See *Jenks* v. *Murphy*, 21 A D 2d 346.) The motion for settlement of the record should be made in the first instance to the court before whom the case was tried.